UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.:  11-cv-00114 MSK-KLM

**MANDY L. JONES**

     Plaintiff,

v.

**STELLAR RECOVERY, INC., a Montana Corporation**

     Defendant

---

**NOTICE OF SETTLEMENT**

---

COMES NOW the Plaintiff by and through her attorney of record and hereby states:

1. The Plaintiff and Defendant have reached a settlement in this matter.

2. A settlement agreement has been executed between the parties and their respective counsel.

3. The Plaintiff intends to file a Notice of Dismissal with Prejudice.

4. The Plaintiff expects to file the Notice of Dismissal on or before February 14, 2011.

    Respectfully submitted,

    <u>s/Troy D. Krenning</u>
    **Troy D. Krenning, Esq.**
    Law Office of Troy D. Krenning, LLC
    2908 Bent Drive
    Loveland, Colorado 80538
    Telephone:  (970) 449-4301
    Facsimile: (970) 449-4302
    Email: troydklaw@msn.com
    **Attorney for Plaintiff**