IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  11-cv-00114 MSK-KLM

MANDY L. JONES

  Plaintiff,

v.

STELLAR RECOVERY, INC., a Montana Corporation

  Defendant

---

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

**COMES NOW** the Plaintiff, by and through her undersigned attorney, notifying this Honorable Court that the parties have settled all issues of this case.  Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(i) the Plaintiff dismisses this case with prejudice.  The parties each shall pay their own attorney fees and costs.

**ADDITIONALLY**, the Plaintiff withdraws her prior motion to enforce a settlement agreement.

February 21, 2011

                Respectfully submitted,

                <u>s/Troy D. Krenning</u>
                **Troy D. Krenning, Esq.**
                Law Office of Troy D. Krenning, LLC
                2908 Bent Drive
                Loveland, Colorado 80538
                Telephone:  (970) 449-4301
                Facsimile: (970) 449-4302
                Email: troydklaw@msn.com
                **Attorney for Plaintiff**